Stacy Tolchin (CA SBN #217431)
*Email: Stacy@Tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

Khaled Alrabe (CA SBN #349899)
*Email: khaled@nipnlg.org*
National Immigration Project of the
  National Lawyers Guild (NIPNLG)
1763 Columbia Road NW, Suite 175 #896645,
Washington, DC 20009
Telephone: (202) 470-2082
Facsimile: (617) 227-5495

Counsel for Plaintiff
(*continued on next page*)

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

STUDENT DOE #1,

    Plaintiff,

       v.

KRISTI NOEM, in her official
capacity as Secretary of Homeland
Security; the DEPARTMENT OF
HOMELAND SECURITY; and
TODD LYONS, in his official
capacity as Acting Director of U.S.
Immigration and Customs
Enforcement,

    Defendants.

Case No. 5:25-cv-00847-SP

**NOTICE OF RELATED CASES
(Local Rule 83-1.3)**

Anne Lai (CA SBN #295394)
*Email: alai@law.uci.edu*
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

Pursuant to Local Rule 83.1.3, Plaintiff Student Doe # 1 hereby files the instant Notice of Related Cases. Petitioner hereby gives notice that *Student Doe # 1 v. Noem*, the above captioned case is related to *Student Doe #2 v. Noem*, 2:25-cv-02993-SPG-SSC, and *Student Doe # 3 v. Noem*, 8:25-cv-00706-DOC-DFM.

Civil Local Rule 83-1.3 provides that an action is related to another whenever the actions "appear: (a) To arise from the same or a closely related transaction, happening, or event; or (b) To call for determination of the same or substantially related or similar questions of law and fact; or (c) For other reasons would entail substantial duplication of labor if heard by different judges; or (d) To involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c is present." Civil L.R. 83-1.3.

The three matters are related because of all three factors. All three cases involve international students whose SEVIS was terminated by the Department of Homeland Security. They raise identical issues in their claims under the Fifth Amendment of the United States Constitution and the Administrative Procedure Act, and are represented by largely the same counsel.

1

Dated: April 8, 2025                    Respectfully Submitted,

2

3                                        /s/ *Stacy Tolchin*

4                                        *Email:*
                                         *Stacy@Tolchinimmigration.com*
5                                        Law Offices of Stacy Tolchin
6                                        776 E. Green St., Suite 210
                                         Pasadena, CA 91101
7                                        Telephone: (213) 622-7450
                                         Facsimile: (213) 622-7233
8

9                                        Khaled Alrabe (CA SBN #349899)
                                         *Email: khaled@nipnlg.org*
10                                       National Immigration Project of the
                                         National Lawyers Guild (NIPNLG)
11                                       1763 Columbia Road NW,
                                         Suite 175 #896645,
12                                       Washington, DC 20007
13                                       Telephone: (202) 470-2082
                                         Facsimile: (617) 227-5495
14

15

16                                       Anne Lai (CA SBN #295394)
                                         *Email: alai@law.uci.edu*
17                                       UC Irvine School of Law
18                                       401 E. Peltason Dr.
                                         Irvine, CA 92697-8000
19                                       Telephone: (949) 824-9894
                                         Facsimile: (949) 824-2747
20

21

22

23

24

25

26

27

28

3