Stacy Tolchin (CA SBN #217431)
*Email: Stacy@Tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

Khaled Alrabe (CA SBN #349899)
*Email: khaled@nipnlg.org*
National Immigration Project of the
  National Lawyers Guild (NIPNLG)
1763 Columbia Road NW, Suite 175 #896645,
Washington, DC 20009
Telephone: (202) 470-2082
Facsimile: (617) 227-5495

Counsel for Plaintiff
(*continued on next page*)

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DOE #1, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> Defendants. | Case No. 5:25-cv-00847-SSS-SHK <br><br> PLAINTIFF'S NOTICE OF ERRATA RE: PROPOSED ORDER FOR MOTION TO PROCEED WITH PSEUDONYM AND FOR PROTECTIVE ORDER/ORDER NOT TO DETAIN, DKT. 14-2 |

Anne Lai (CA SBN #295394)
*Email: alai@law.uci.edu*
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

| | |
|---|---|
| 1 | Plaintiff gives notice that in filing the Proposed Order for Plaintiff's Motion to Proceed With Pseudonym and for Protective Order/Order Not to Detain, Dkt. 14-2, undersigned counsel inadvertently filed the wrong version of the Proposed Order with the Court and provided the wrong version of the Word Proposed Order to chambers. To rectify this error, Plaintiff is submitting forthwith the correct version of the Proposed Order (and will also provide the correct version to chambers). The correct version of the Proposed Order matches the Proposed Order filed with identical motions in related cases, Student Doe #2 v. Noem 2:25-cv-02993-SPG-SSC and Student Doe #3 v. Noem, 8:25-cv-00706-DOC-DFM. |

Dated: April 14, 2025                    Respectfully Submitted,


                                         /s/ *Anne Lai*
                                         Anne Lai

                                         Counsel for Plaintiff

1