BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN (Cal. Bar No. 300847)
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5557 / -0805
    Email: Paul.Green@usdoj.gov
           Alexander.Farrell@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DOE #1,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*,<br><br>    Defendants. | No. 5:25-cv-00847-SSS-SHK<br><br>**DECLARATION OF ALEXANDER L. FARRELL IN SUPPORT OF DEFENDANT'S OPPOSITION TO STUDENT DOE #1'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Honorable Sunshine S. Sykes<br>United States District Judge |

# DECLARATION OF ALEXANDER L. FARRELL

I, Alexander L. Farrell, do hereby declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and one of the attorneys assigned to represent the United States of America in this action. I make the following factual statements based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of Defendants' opposition to Plaintiff's *ex parte* application (Dkt. 21).

3. Attached hereto as **Exhibit 1** is a true and correct copy of a district court order denying a request for a temporary restraining order in the matter titled as, *Deore, et al. v. Sec'y of U.S. Dep't of Homeland Sec., et al.*, 2:25-cv-11038-SJM-DRG, Dkt. 20 (E.D. Mich. Apr. 17, 2025).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 24, 2025, at Los Angeles, California.

                                                */s/ Alexander L. Farrell*
                                           ALEXANDER L. FARRELL
                                           Assistant United States Attorney