UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DOE #1,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>　　Defendants. | Case No. 5:25-cv-00847-SSS-SHKx<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO ADVANCE BRIEFING DEADLINES AND HEARING DATE RE: MOTION TO CONSOLIDATE RELATED CASES [DKT. 23]**<br><br>Hon. Sunshine S. Sykes |

This matter has come before this Court on Plaintiff's Ex Parte Application to Advance Briefing Deadlines and Hearing Date, [Dkt. 23], Re: Motion to Consolidate Related Cases, [Dkt. 22]. The Court has carefully considered all the filings, the arguments of counsel, and the record in this case. Finding little prejudice to Defendants and sufficient cause, the Application is **GRANTED** [Dkt. 23] and the briefing deadlines and hearing dates are **ORDERED** as follows:

| Event | Previous Date per LR 6-1, 7-9, 7-10 | New Date |
|---|---|---|
| Defendants' Opposition to Plaintiff's Motion to Consolidate Cases | May 2, 2025 | May 2, 2025 |
| Plaintiff's Reply | May 9, 2025 | 12 P.M. on May 5, 2025 |
| Hearing Date | May 23, 2025 | 2 P.M. on May 9, 2025 Courtroom 2, on the 2nd Floor of the George E. Brown, Jr. Federal Building and United States Courthouse at 3470 Twelfth Street, Riverside, California 92501 |

**IT IS SO ORDERED**.

Date: April 25, 2025

HONORABLE SUNSHINE S. SYKES
United States District Judge

1