BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN (Cal. Bar No. 300847)
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805 / -5557
    Email: Paul.Green@usdoj.gov
           Alexander.Farrell@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STUDENT DOE #1,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*,<br><br>    Defendants. | No. 5:25-cv-00847-SSS-SHK<br><br>**DEFENDANTS' NOTICE OF DECLARATION OF ANDRE WATSON RE: IMPLEMENTATION OF NEW ICE POLICY**<br><br>Hearing Date:  May 9, 2025<br>Hearing Time:  2:00 p.m.<br>Ctrm:  Courtroom 2 (Zoom)<br><br>Honorable Sunshine S. Sykes<br>United States District Judge |

Defendants respectfully submit the attached Declaration of Andre Watson, Senior Official within the National Security Division (NSD) for Homeland Security Investigations, updating the Court on how ICE is implementing the new policy concerning SEVIS records, including the reactivation of the SEVIS record of the Plaintiff in this lawsuit.

Mr. Watson's declaration states that ICE has no plans under its new policy to re-terminate Plaintiff's SEVIS record based solely on the National Crime Information Center (NCIC) record that led to its initial termination. Moreover, Mr. Watson's declaration explains that ICE's reactivation of Plaintiff's SEVIS record is retroactive to the date of its initial termination. That means there is no gap in Plaintiff's SEVIS record.

Dated: May 7, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

_/s/ Paul (Bart) Green_
PAUL (BART) GREEN
ALEXANDER L. FARRELL
Assistant United States Attorneys

Attorneys for Defendants