UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00847-SSS-SHKx | Date | May 9, 2025 |
| Title | *Student Doe # 1 v. Kristi Noem et al* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | RS-CS-2 |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
Anne Lai
Stacy Eva Tolchin
Khaled Alrabe

Attorney(s) Present for Defendant(s):
Paul Bartholomew Green
Alexander Layne Farrell

**Proceedings:   ZOOM: ORDER TO SHOW CAUSE HEARING RE: PRELIMINARY INJUNCTION & MOTION TO CONSOLIDATE [Dkt. 22]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court declines to impose a preliminary injunction at this time. The Court dissolves the temporary restraining order in place pursuant to this Court's April 25, 2025 Order. [Dkt. 27]. The Court further takes the motion to consolidate under submission.

**IT IS SO ORDERED.**

Time:  01:05
Initials of Preparer: iv