JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STUDENT DOE #1,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*,<br><br>    Defendants. | No. 5:25-cv-00847-SSS-SHKx<br><br>**ORDER GRANTING STIPULATION RE: RE-ACTIVATION OF SEVIS RECORD AND DISMISSAL** |

Pursuant to the parties' Stipulation re: Re-Activation of SEVIS Record and Dismissal, and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: June 26, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

Presented by,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


 */s/ Paul (Bart) Green*
PAUL (BART) GREEN
ALEXANDER L. FARRELL
Assistant United States Attorneys

Attorneys for Defendants